UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
HELEN SWARTZ,                                          :
                                                       :
                          Plaintiff,                   :
                                                       :          23-CV-3842 (VSB)
                                                       :
                -against-                              :          **ORDER**
                                                       :
                                                       :
GIRAFFE COMPANY INC. and LIBRARY                       :
HOTEL COMPANY INC.,                                    :
                                                       :
                          Defendants.                  :
                                                       :
------------------------------------------------------- X


<u>VERNON S. BRODERICK, United States District Judge</u>:

        On May 8, 2023, Plaintiff initiated this action and requested summonses for Defendants.

(Docs. 1–4.)  On May 22, 2023, Plaintiff served Defendants.  (Doc. 15-1.)  Defendants failed to

answer or otherwise respond to the Complaint by the June 12, 2023 deadline.  (*See* Doc. 15.)  On

July 24, 2023 Plaintiff filed a motion for default judgment, (Doc. 15), an affidavit in support,

(Doc. 15-1), and a proposed default judgment, (Doc. 15-2).  Plaintiff has failed to comply with

the default judgment procedures provided in my Individual Rules & Practices in Civil Cases.

Plaintiff did not first obtain a certificate of default, prepare an order to show cause, or include all

necessary information in their affidavit.  (*See* Doc. 15.)  Accordingly, it is hereby

        ORDERED that Plaintiff follow the default judgment procedures outlined in Attachment

A of my Individual Rules and Practices in Civil Cases and submit the required filings by August

8, 2023.  Failure to do so may result in dismissal pursuant to Fed.R.Civ.P. 41.

SO ORDERED.

Dated:      July 25, 2023
            New York, New York

_____
VERNON S. BRODERICK
United States District Judge