UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
HELEN SWARTZ,                                               :
:
                         Plaintiff,                  :
:         23-CV-3842 (VSB)
       -against-                                    :
:               **ORDER**
GIRAFFE COMPANY INC. and LIBRARY   :
HOTEL COMPANY INC.                                          :
:
                         Defendants.  :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the parties' proposed case management plan and joint letter filed on September 13, 2023.  (Docs. 38 and 39.)  The proposed case management plan as filed only includes a response to the first question.  The parties are instructed to complete the entire proposed case management plan form, excluding the portions that explicitly say they are "to be completed by the Court."  The parties shall submit an amended proposed case management plan on or before September 21, 2023.

SO ORDERED.

Dated:  September 14, 2023
           New York, New York

                                                                      _____
                                                                      Vernon S. Broderick
                                                                       United States District Judge