UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
HELEN SWARTZ,                                          :
                                                       :
                          Plaintiff,                   :
                                                       :         23-CV-3842 (VSB)
               -against-                               :
                                                       :             **ORDER**
                                                       :
GIRAFFE COMPANY, INC. and LIBRARY                      :
HOTEL COMPANY, INC.,                                   :
                                                       :
                          Defendants.                  :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the parties' proposed case management plan and joint letter filed on September 13, 2023. (Docs. 38 and 39.)  Because the proposed case management plan only included a response to the first question and the parties did not file an AO 85 form, I entered an Order directing the parties to complete the proposed case management plan.  (Doc. 40.)  I received notice from Plaintiff's counsel that the parties did intend to submit the proposed case management plan as it was filed, therefore I direct the parties to file a fully executed AO-85 Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge Form available at available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge so that the matter may be referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

SO ORDERED.

Dated: September 14, 2023
      New York, New York

                                                                          _____
                                                                          Vernon S. Broderick
                                                                          United States District Judge