UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    HELEN SWARTZ,

                  Plaintiff,

           -against-                      23-CV-3842 (VSB)

    GIRAFFE COMPANY, INC. and LIBRARY        **ORDER**
    HOTEL COMPANY, INC.,

                  Defendants.
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On September 13, 2023, the parties filed a proposed case management plan and joint letter. (Docs. 38 and 39.)  Because the proposed case management plan only included a response to the first question and the parties did not file an AO 85 form, I entered an Order directing the parties to complete the proposed case management plan.  (Doc. 40.)  Subsequently, I received notice from Plaintiff's counsel that the parties did intend to submit the proposed case management plan as it was filed, therefore on September 14, 2023,  I directed the parties to file a fully executed AO-85 Notice, Consent, And Reference Of A Civil Action To A Magistrate Judge Form available at available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge so that the matter may be referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

      To date, the parties have not done so.  Accordingly, the parties are directed to file the AO-85 or, if the no longer wish to refer the case to a Magistrate Judge, file a completed proposed case management plan, on or before Friday October 6, 2023 so that this matter may proceed. SO ORDERED.

Dated: October 2, 2023
      New York, New York

                                                Vernon S. Broderick
                                                United States District Judge