```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HELEN SWARTZ,

                       Plaintiff,

          - against -

GIRAFFE COMPANY INC., et al,

                       Defendants.
-------------------------------------------------------------X

23-CV-3842 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff's counsel did not appear for the initial case management conference scheduled for 12:30 p.m. on October 23, 2023, but called chambers at 1:00 p.m. indicating he had been on hold (defense counsel did appear).  Further, the parties did not submit a completed proposed case management plan as required.  Accordingly, (1) by October 25, 2023, Plaintiff's counsel shall file a letter explaining why he did not appear for the conference and did not make sure that a proposed case management plan had been filed, and (2) the parties shall meet and confer, and by October 30, 2023, shall file a completed proposed case management plan and order pursuant to my individual rules.

                                  SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: October 23, 2023
        New York, New York