```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HELEN SWARTZ,

                Plaintiff,

     - against -

GIRAFFE COMPANY INC., et al,

                Defendants.
------------------------------------------------------------X

23-CV-3842 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    In light of the information provided, Plaintiff's letter motion at Dkt. 49 is denied without prejudice. Defendants should understand, however, that client or counsel travel is not an excuse for non-compliance with court-ordered deadlines that have put in place beforehand. If a party anticipates a delay, they must at the very least meet and confer with counsel in advance of the deadline.

                                  SO ORDERED.

                                  _____
                                  ROBERT W. LEHRBURGER
                                  UNITED STATES MAGISTRATE JUDGE

Dated: November 27, 2023
       New York, New York