```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2023
```

Law Office of Brandon A. Rotbart, P.A.
11098 Biscayne Blvd., Suite 401-18
Miami, Florida 33161
Phone: 305/350-7400

December 7, 2023

The Honorable Robert Lehrburger
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

> Based on Defendants representations in their December 12, 2023 letter filed at Dkt. 53, Plaintiff's motion to compel is granted insofar as Defendants shall complete fulfillment of their pending discovery obligations (including responses to Plaintiff's request for production of documents and interrogatories) by December 20, 2023. SO ORDERED.
> Dec. 12, 2023
> _____ USMJ

Re:   **Swartz v. Giraffe Company Inc. and Library Hotel Company Inc.**
      NYSD Case No. 1:23-cv-03842

Your Honor:

   In accordance with section II paragraph D of the Court's Individual Practices in Civil Cases, I am submitting this second letter motion to compel discovery regarding the above-referenced matter. A prior letter motion pertaining to this same matter was previously filed on November 20, 2023 [Document 49], and is incorporated by reference herein.

   Opposing counsel in his response thereto [Document 50] advised that his client was "travelling" and that the responses have been "delayed", but promised that the referenced discovery responses would be provided by December 4, 2023. This Court's order dated November 27th [Document 51] stated that based upon the information provided (presumably the afore-referenced promise), that the first letter motion would be denied without prejudice.

   December 4th has now come and gone, and no discovery responses have been provided as promised. The undersigned attempted to contact Mr. Segal both via telephone and email on December 5th, but there has been no response. Based thereupon, it is respectfully requested that this Honorable Court compel the Defendant's responses to the Plaintiff's request for production and interrogatories previously issued herein on September 19, 2023.

   The undersigned certifies that he previously met and conferred with opposing counsel via telephone regarding this matter, and more recently has attempted on numerous occasions to meet and confer with opposing counsel again both via telephone and email, though with no success.

                                              Respectfully,

                                              /s/ Brandon Rotbart
                                              BRANDON A. ROTBART

cc: Mitchell Segal, Esq.

1